Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CHARLES BENTLEY, Respondent, for Compensation to Himself under the Workmen's Compensation Law, v. J. C. SHERMAN Employer, and the FIDELITY AND CASUALTY COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of THOMAS F. CRAWFORD, Respondent, for Compensation to Himself under the Workmen's Compensation Law, v. E. O'LEARY, .Employer, and THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Awards unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of KATHERYN A. DAVIS, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of FRANK W. DAVIS, v. BUFFALO HOMEOPATHIC HOSPITAL, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of LOTTIE M. SLATER, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of WILLIAM SLATER v. NEW YORK & PENNSYLVANIA COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award reversed, on the authority of *Jack* v. *Morrow Manufacturing Co.* (194 App. Div. 565) and matter remitted to the Commission for its further action. All concur.

MARY L. MILLER, Respondent, v. MARCIE PAYNE, Appellant, Impleaded with Others.— Motion granted, with ten dollars costs, unless, within thirty days, appellant perfects his appeal, by filing and serving necessary papers, and pays said costs, in which case motion is denied.

ELIZA MOONEY v. ASA D. MILLER.— Motion denied.

J. HERMON McLEAR v. JOSEPH BALMAT and Others.— Motion denied. Van Kirk, J., not sitting.

MARY MAHAR, Respondent, v. JOHN W. HENNESSY, as Administrator, etc., of LAWRENCE HENNESSY, Deceased, Appellant.— Judgment unanimously affirmed, with costs.

NORTHERN ADIRONDACK POWER COMPANY, Respondent, v. J. & J, ROGERS COMPANY, Appellant, Impleaded with Others, Respondents.— Motion granted, with ten dollars costs.